IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-06-7917 MMC |
| Plaintiffs, | **ORDER DENYING REQUEST TO SET ASIDE DISMISSAL; CONTINUING DEADLINE FOR CERTIFICATION** |
| v. | |
| NAPA VALLEY CASINO, et al., | |
| Defendants / | |

On January 17, 2008, the Court dismissed the above-titled action without prejudice, after being notified that the parties had agreed to a settlement, but ordered that if any party certified to the Court, within ninety days, that the agreed consideration for the settlement had not been delivered, the dismissal would be vacated and the case would be restored to the calendar to be set for trial.

On April 17, 2008, plaintiffs filed a notice, wherein plaintiffs state they received the "last executed signature page" of the settlement agreement on April 11, 2008, (see Pls.' Notice at 2:6-7), but, as of that date, had not received the agreed consideration for the settlement, (see id. at 2:11). By said notice, plaintiffs request that the dismissal be set aside and the matter restored to the Court's calendar.

In light of plaintiff's notice, and the relatively recent date of the execution of the

settlement agreement, the request to set aside the dismissal is hereby DENIED and the date by which either party may certify to the Court that the agreed consideration has not been delivered is hereby CONTINUED to June 16, 2008.

**IT IS SO ORDERED.**

Dated: April 18, 2008

MAXINE M. CHESNEY
United States District Judge