IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-06-7917 MMC |
| Plaintiffs, | **ORDER RE: STIPULATION OF DISMISSAL** |
| v. | |
| NAPA VALLEY CASINO, et al., | |
| Defendants | |

     The Court is in receipt of the parties' Stipulation of Dismissal, filed May 1, 2008, wherein the parties request that the Court dismiss the instant action with prejudice, and further request that the Court retain jurisdiction over the action for the purpose of enforcement of their "Mutual Settlement Agreement and Release."  The parties have not, however, submitted a copy of the referenced document, and, in the absence thereof, the Court is unable to determine whether retention of jurisdiction is appropriate.

     Accordingly, on or before May 9, 2008, the parties shall file either (1) a copy of the Mutual Settlement Agreement and Release, or (2) an Amended Stipulation in which the request for retention of jurisdiction has been omitted.

     **IT IS SO ORDERED.**

Dated: May 2, 2008

MAXINE M. CHESNEY
United States District Judge