1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation*
3 | 2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
4 | Facsimile:    415/674-9900

5 | Attorneys for Plaintiffs
CRAIG YATES
6 | and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
7 | SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>NAPA VALLEY CASINO; TIMOTHY J. LONG and KAREN I. LONG; BVK GAMING INC., a California corporation,<br><br>            Defendants. | **CASE NO.  C06-7917 MMC**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED:   May 1, 2008               THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*


                                    By: _____/s/_____
                                        Thomas E. Frankovich
                                    Attorneys for Plaintiffs CRAIG YATES and
                                    DISABILITY RIGHTS ENFORCEMENT,
                                    EDUCATION SERVICES: HELPING YOU HELP
                                    OTHERS

DATED:   March 13, 2008            BERNHEIM GUTIERREZ & MCCREADY


                                    By:_____/s/_____
                                        William S. Bernheim
                                    Attorneys for Defendants TIMOTHY J. LONG and
                                    KAREN I. LONG; BVK GAMING INC., a
                                    California corporation


## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.


Dated: ___May 7____, 2008

                                    _____[signature]_____
                                    Hon. Maxine M. Chesney
                                    UNITED STATE DISTRICT JUDGE